UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAILROAD 1900, LLC, | No. 2:21-CV-01673 KJM DB |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF SACRAMENTO, | |
| Defendant. | |

The undersigned hereby recuses herself from this action under 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly reassign this case to another district judge for any further proceedings that may be appropriate or required. All dates set in the above-entitled action before the undersigned are hereby vacated. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment

DATED: September 29, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1