SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)**
CTrimm@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAILROAD 1900, LLC, a Delaware limited liability company,<br><br>         Plaintiff,<br><br>   vs.<br><br>CITY OF SACRAMENTO, a municipal entity,<br><br>         Defendants. | Case No.:  2:21-cv-01673-KJM-DB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CITY OF SACRAMENTO TO RESPOND TO PLAINTIFF'S COMPLAINT (L.R. 144) AND ORDER**<br><br>HONORABLE<br>JOHN A. MENDEZ |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

   Plaintiff and Defendant, by and through their counsel of record, hereby stipulate that pursuant to Eastern District Local Rule 144 (Fed. Rules Civ. Proc., Rule 6), that Defendant CITY OF SACRAMENTO may have up to and including October 28, 2021, to file an answer or otherwise respond to Plaintiff's complaint. This is the first request for extension of time to respond to Plaintiff's complaint.

///

///

///

///

///

DATED: October 11, 2021         SUSANA ALCALA WOOD,
                                City Attorney


                                        /S/ CHANCE L. TRIMM
                                By:_____
                                **CHANCE L. TRIMM**
                                Senior Deputy City Attorney

                                Attorneys for Defendant
                                CITY OF SACRAMENTO


DATED:  October 11, 2021        WEINTRAUB TOBIN CHEDIAK COLEMAN
                                 GRODIN LAW CORPORATION


                                        /S/ JOSH H. ESCOVEDO
                                By:_____
                                **JOSH H. ESCOVEDO**

                                Attorneys for Plaintiff
                                Railroad 1900, LLC


In accordance with the foregoing stipulation IT IS SO ORDERED.

Dated: 10/14/2021                       /s/John A. Mendez
                                _____
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE

2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT