Josh H. Escovedo, State Bar No. 284506
Kavan J. Jeppson, State Bar No. 327547
Anders L. Bostrom, State Bar No. 332939
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff Railroad 1900, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAILROAD 1900, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, a municipal entity,<br><br>Defendant. | Case No. 2:21-cv-01673-KJM-DB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CITY OF SACRAMENTO TO RESPOND TO PLAINTIFF'S COMPLAINT (L.R. 144) AND ORDER** |

**STIPULATION**

Pursuant to Civil L.R. 144, the parties to this matter, by and through their counsel of record, hereby stipulate and request the Court order as follows:

On October 14, 2021, the parties stipulated that Defendant City of Sacramento may have up to and including October 28, 2021 to file a response to Plaintiff Railroad 1900, LLC's complaint.

On October 21, 2021, counsel for Defendant provided counsel for Plaintiff with a draft copy of Defendant's motion to dismiss. On October 22, 2021, counsel for the parties met and conferred, via phone conference, regarding same.

///

Plaintiff and Defendant are currently engaged in further discussions regarding the points and authorities raised in Defendant's drafted motion to dismiss, as well as the allegations of Plaintiff's complaint. In the interest of facilitating further meet and confer discussions, and to conserve client and judicial resources pending those discussions, the parties have agreed to formally stipulate that Defendant has an extension of two weeks to file a response to Plaintiff's complaint.

Accordingly, the parties hereby request that the Court enter an order allowing Defendant to file a response to Plaintiff's complaint by November 11, 2021, to allow the parties a reasonable amount of time to complete their meet and confer efforts.

Dated: November 3, 2021

**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation

By: /s/ Josh H. Escovedo
**Josh H. Escovedo**
State Bar No. 284506

Attorneys for Plaintiff Railroad 1900, LLC

Dated: November 3, 2021

SUSANA ALCALA WOOD,
City Attorney

By: /s/ Chance L. Trimm
**Chance L. Trimm**
Senior Deputy City Attorney

Attorneys for Defendant City of Sacramento

## ORDER

Pursuant to Local Rule 144 and the aforementioned stipulation, Defendant's new date to file a response to Plaintiff's complaint is November 11, 2021, to allow the parties a reasonable amount of time to complete their meet and confer efforts.

IT IS SO ORDERED.

Dated: November 4, 2021          /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE