```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| RAILROAD 1900, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF SACRAMENTO, a municipal entity,<br><br>            Defendant. | Case No. 2:21-CV-01673 JAM DB<br><br><br><br><br><br>**RELATED CASE ORDER** |
| DANIEL ALWEISS,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>            Defendants. | Case No. 2:21-CV-02095 KJM AC |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation

1  of the actions is effected.  Under the regular practice of this
2  court, related cases are generally assigned to the judge and
3  magistrate judge to whom the first filed action was assigned.
4      IT IS THEREFORE ORDERED that the action denominated
5  2:21-CV-02095 KJM AC be reassigned to Judge John A. Mendez and
6  Magistrate Judge Deborah Barnes for all further proceedings, and
7  any dates currently set in this reassigned case only are hereby
8  VACATED.  Henceforth, the caption on documents filed in the
9  reassigned case shall be shown as 2:21-CV-02095 JAM DB.
10     IT IS FURTHER ORDERED that the Clerk of the Court make
11 appropriate adjustment in the assignment of civil cases to
12 compensate for this reassignment.
13     IT IS SO ORDERED.

DATED:  January 19, 2022        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE