Josh H. Escovedo, State Bar No. 284506
Kavan J. Jeppson, State Bar No. 327547
weintraub tobin chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
jescovedo@weintraub.com
kjeppson@weintraub.com

Attorneys for Plaintiff Railroad 1900, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAILROAD 1900, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF SACRAMENTO, a municipal entity,<br><br>    Defendant. | Case No. 2:21-cv-01673-KJM-DB<br><br>ORDER REGARDING STIPULATION TO FILE SECOND AMENDED COMPLAINT AND CONTINUE STATUS CONFERENCE<br><br>(Local Rule 144(a)) |

The Court, having considered the Stipulation to File Second Amended Complaint and Continue Status Conference jointly submitted by the parties, finds good cause for the following order:

1. Plaintiff is granted leave to file a Second Amended Complaint within twenty days from the date that this order is signed.

2. The Scheduling Conference currently scheduled for July 18, 2022, is continued to September 12, 2022 at 1:30 p.m.  A joint status report shall be filed no later than August 29, 2022.

///

///

1  IT IS SO ORDERED.

2

3  Dated: July 11, 2022

                WILLIAM B. SHUBB
                UNITED STATES DISTRICT JUDGE