Josh H. Escovedo, State Bar No. 284506
W. Scott Cameron, State Bar No. 229828
Kavan J. Jeppson, State Bar No. 327547
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff Railroad 1900, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAILROAD 1900, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, a municipal entity,<br><br>Defendant. | Case No. 2:21-cv-01673-KJM-DB<br><br>**STIPULATION TO MODIFY THE SCHEDULING ORDER AND ORDER** |

## **STIPULATION**

Pursuant to Civil L.R. 143, the parties to this matter, by and through their counsel of record, hereby stipulate and as follows:

**I.      RECITALS**

1.      On September 9, 2022. The Court issued its Status (Pretrial Scheduling) Order in this matter.  That order contained the following deadlines and schedule:

- Expert Disclosure:  March 21, 2023
- Discovery cutoff: May 22, 2023
- Motion cutoff: July 3, 2023
- Pretrial Conference: September 11, 2023

- Jury Trial: November 7, 2023
- Settlement Conference: TBD at the Pretrial Conference.

2. The parties have been working diligently to complete discovery in this matter, including propounding and responding to numerous sets of interrogatories, document requests, and requests for admission.

3. The parties have also been working toward settlement of this matter. In furtherance of the settlement efforts, the parties have delayed their discovery efforts in part. Specifically, the parties have delayed in disclosing expert witnesses, finalizing written discovery, and taking depositions.

4. Settlement discussions and negotiations have been hampered by the complexity of the issues raised in the lawsuit. Nonetheless, the parties have made significant strides toward reaching resolution of this dispute.

5. Despite the progress made during settlement negotiations, and the prospect for further progress and potential resolution, the parties also desire to retain a trial date as close as possible to the current trial date of November 7, 2023. Therefore, the parties agree to, and ask the Court to order, a modest amendment to the Status (Pretrial Scheduling) Order to permit them to complete the remaining discovery, allow appropriate time for bringing any dispositive motions, and retain a trial date as close as possible to the current trial date.

6. The parties have met and conferred and agreed upon the following amended schedule:

- Expert Disclosure: June 14, 2023
- Discovery cutoff: July 14, 2023
- Motion cutoff: August 4, 2023
- Pretrial Conference: October 23, 2023 at 1:30 p.m.
- Jury Trial: December 12, 2023
- Settlement Conference: TBD at the Pretrial Conference.

///

///

## II. STIPULATION

Subject to this Court's approval, the Parties therefore stipulate and agree that the Status (Pretrial Scheduling) Order should be amended as follows:

- Expert Disclosure: June 14, 2023
- Discovery cutoff: July 14, 2023
- Motion cutoff: August 4, 2023
- Pretrial Conference: October 23, 2023 at 1:30 p.m.
- Jury Trial: December 12, 2023
- Settlement Conference: TBD at the Pretrial Conference.

Dated: May 12, 2023           **WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
                              Law Corporation


                              By:   /s/ W. Scott Cameron
                                    **W. Scott Cameron**
                                    State Bar No. 229828

                                    Attorneys for Plaintiff Railroad 1900, LLC


Dated: May 12, 2023           SUSANA ALCALA WOOD,
                              City Attorney

                              By:   /s/ Grace Pak
                                    **Grace Pak**
                                    Senior Deputy City Attorney

                                    Attorneys for Defendant City of Sacramento

# ORDER

**IT IS SO ORDERED.** The Scheduling Order is amended as follows:

- Expert Disclosure: June 14, 2023
- Discovery cutoff: July 14, 2023
- Motion cutoff: August 4, 2023
- Pretrial Conference: October 23, 2023, at 1:30 p.m.
- Jury Trial: December 12, 2023, at 9:00 a.m.
- Settlement Conference: TBD at the Pretrial Conference.

Dated:  May 14, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE
for WILLIAM B. SHUBB
SENIOR UNITED STATES DISTRICT JUDGE