Josh H. Escovedo, State Bar No. 284506
W. Scott Cameron, State Bar No. 229828
Kavan J. Jeppson, State Bar No. 327547
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff Railroad 1900, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAILROAD 1900, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, a municipal entity,<br><br>Defendant. | Case No. 2:21-cv-01673-KJM-DB<br><br>**STIPULATION TO MODIFY THE SCHEDULING ORDER AND ORDER; REQUEST FOR COURT SETTLEMENT CONFERENCE PURSUANT TO LOCAL RULE 270** |

**STIPULATION**

Pursuant to Civil L.R. 143, the parties to this matter, by and through their counsel of record, hereby stipulate and as follows:

**I.    RECITALS**

1.    On May 15, 2023, The Court issued an order modifying the Status (Pretrial Scheduling) Order in this matter.  That order contained the following deadlines and schedule:

- Expert Disclosure:  June 14, 2023
- Discovery cutoff: July 14, 2023
- Motion cutoff: August 4, 2023
- Pretrial Conference: October 23, 2023 at 1:30 p.m.

- Jury Trial: December 12, 2023
- Settlement Conference: TBD at the Pretrial Conference.

2. The parties have continued working diligently to complete discovery in this matter, including propounding and responding to numerous sets of interrogatories, document requests, requests for admission, and have scheduled depositions.

3. The parties have also been working toward settlement of this matter. In furtherance of the settlement efforts, the parties have delayed their discovery efforts in part. Specifically, the parties have delayed in finalizing written discovery and taking depositions.

4. Settlement discussions and negotiations have been hampered by the complexity of the issues raised in the lawsuit. Nonetheless, the parties have made significant strides toward reaching resolution of this dispute.

5. Despite the progress made during settlement negotiations, and the prospect for further progress and potential resolution, the parties also desire to retain the current trial date of December 12, 2023. Therefore, the parties agree to, and ask the Court to order, a modest amendment to the Status (Pretrial Scheduling) Order to move discovery cutoff to permit them to complete the remaining discovery, without changing any other date on the current scheduling order, and continue their efforts to resolve this matter before trial.

6. The parties have met and conferred and agreed upon a discovery cutoff date of September 15, 2023.

7. The parties also believe that a Court Settlement Conference pursuant to Local Rule 270 would help facilitate resolution of this matter. The parties request that a settlement conference with a Magistrate Judge be scheduled at the Court's earliest available date for such a conference.

## II. STIPULATION

Subject to this Court's approval, the Parties therefore stipulate and agree that the Status (Pretrial Scheduling) Order should be amended as follows:

- Discovery cutoff: September 15, 2023
- Settlement Conference: To be scheduled at the Court's earliest availability for such a conference.

- No other dates in the Status (Pretrial Scheduling) Order are affected, including motion filing deadline, pretrial conference, and jury trial.

Dated: June 20, 2023

**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation

By: /s/ W. Scott Cameron
**W. Scott Cameron**
State Bar No. 229828

Attorneys for Plaintiff Railroad 1900, LLC

Dated: June 20, 2023

SUSANA ALCALA WOOD,
City Attorney

By: /s/ Grace Pak
**Grace Pak**
Senior Deputy City Attorney

Attorneys for Defendant City of Sacramento

# ORDER

**IT IS SO ORDERED:**

The Status (Pretrial Scheduling) Order should be amended as follows:

- Discovery cutoff: September 15, 2023
- Settlement Conference: Pursuant to Local Rule 270, the parties shall contact the assigned Magistrate Judge Deborah Barnes in order to obtain a date and time for a settlement conference.
- No other dates in the Status (Pretrial Scheduling) Order are affected, including motion filing deadline, pretrial conference, and jury trial.

Dated: June 21, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE