W. Scott Cameron, State Bar No. 229828
Kavan J. Jeppson, State Bar No. 327547
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff Railroad 1900, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAILROAD 1900, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>      vs.<br><br>CITY OF SACRAMENTO, a municipal entity,<br><br>            Defendant. | Case No. 2:21-cv-01673-WBS-DB<br><br>**AMENDED STIPULATION TO MODIFY THE SCHEDULING ORDER AND ORDER** |

## **STIPULATION**

Pursuant to Civil L.R. 143, the parties to this matter, by and through their counsel of record, hereby stipulate and as follows:

**I.      RECITALS**

1.      On June 21, 2023, The Court issued an order modifying the Status (Pretrial Scheduling) Order in this matter. That order contained the following deadlines and schedule:

- Discovery cutoff: September 15, 2023
- Motion cutoff: August 4, 2023
- Pretrial Conference: October 23, 2023 at 1:30 p.m.
- Jury Trial: December 12, 2023

- Settlement Conference: TBD at the Pretrial Conference.

2. The parties have been working toward settlement of this matter. In furtherance of the settlement efforts, the parties have delayed their discovery efforts in part. Specifically, the parties have delayed in finalizing written discovery and taking depositions.

3. Settlement discussions and negotiations have been hampered by the complexity of the issues raised in the lawsuit. Nonetheless, the parties have made significant strides toward reaching resolution of this dispute.

4. In order to further the progress made in these settlement discussions, the parties scheduled and held a mediation session with Judge Ben Davidian (Ret.) through JAMS. The mediation was held on August 9, 2023. Although substantial progress was made during the mediation, the parties were unable to resolve the dispute completely due to the need for additional information from City agencies and resources. Specifically, the parties are now working to schedule an evaluation of the area around Railroad Drive with the City's Impact Team. That evaluation should be completed within two weeks. The purpose of the evaluation is to explore the possible solutions to the problems Plaintiffs have been encountering on Railroad Drive, and to determine which solutions would be acceptable to Plaintiff and can be implemented by the City. The parties will then hold another mediation session with Judge Davidian if necessary to determine whether a complete resolution to the dispute can be reached.

5. The parties are optimistic that the process described above will allow them to reach an agreement resolving the dispute without the need for further litigation or trial, and without the need for the Court to consider and decide the pending Motion for Summary Judgment. To achieve this, the parties have agreed to, and ask the Court to order, a modest amendment to the Status (Pretrial Scheduling) Order to move all pending deadlines by approximately 60 days, including the deadlines for the opposition, reply, and hearing on the City's Motion for Summary Judgment.

7. The parties have also scheduled a Court Settlement Conference pursuant to Local Rule 270 to help facilitate resolution of this matter. That Settlement Conference is scheduled for November 30, 2023, at 10:00 a.m. with Judge Barnes. The parties request that this settlement conference remain on calendar as scheduled.

## II. STIPULATION

Subject to this Court's approval, the Parties therefore stipulate and agree that the Status (Pretrial Scheduling) Order should be amended as follows:

- Opposition to City's Motion for Summary Judgment: October 20, 2023
- Reply in Support of City's Motion for Summary Judgment: October 30, 2023
- Hearing on City's Motion for Summary Judgment: Monday, November 13, 2023 at 1:30 p.m.
- Discovery cutoff: November 15, 2023
- Settlement Conference: November 30, 2023 at 10:00 a.m. before Judge Barnes.
- Pretrial Conference: December 18, 2023 at 1:30 p.m.
- Jury Trial: February 13, 2024

Dated: August 10, 2023

**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation

By:     /s/ W. Scott Cameron
**W. Scott Cameron**
State Bar No. 229828

Attorneys for Plaintiff Railroad 1900, LLC

Dated: August 10, 2023

SUSANA ALCALA WOOD,
City Attorney

By:     /s/ Grace Pak
**Grace Pak**
Senior Deputy City Attorney

Attorneys for Defendant City of Sacramento

# ORDER

**IT IS SO ORDERED:**

The Status (Pretrial Scheduling) Order is amended as follows:

- Opposition to City's Motion for Summary Judgment: October 20, 2023
- Reply in Support of City's Motion for Summary Judgment:  October 30, 2023
- Hearing on City's Motion for Summary Judgment:  Monday, **November 13, 2023 at 1:30 p.m.**
- Discovery cutoff: November 15, 2023
- Settlement Conference: **November 30, 2023 at 10:00 a.m. before Judge Barnes.**
- Pretrial Conference: **December 18, 2023 at 1:30 p.m.**
- Jury Trial: **February 13, 2024 at 9:00 a.m.**

Dated:  August 16, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE