SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**GÖKALP Y. GÜRER, Senior Deputy City Attorney (SBN 311919)**
ggurer@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAILROAD 1900, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY OF SACRAMENTO, a municipal entity,<br><br>            Defendants. | Case No.:  2:21-cv-01673-WBS-DB<br><br>**STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER; ORDER** |

Pursuant to Fed. R. Civ. P. 83 and Eastern District of California Local Rule 143, Defendant CITY OF SACRAMENTO and Plaintiff RAILROAD 1900, LLC, by and through their respective counsel of record, stipulate as follows:

WHEREAS, on September 9, 2022, this Court issued its Status (Pretrial Scheduling) Order (ECF No. 37), which has been amended pursuant to the parties' stipulations on May 15, 2023 (ECF No. 41), June 21, 2023 (ECF No. 44), and August 16, 2023 (ECF No. 51), the latest of which setting forth the following deadlines:

- October 20, 2023: Deadline to file opposition to City's motion for summary judgment
- October 30, 2023: Deadline to file reply in support of City's motion for summary judgment
- November 13, 2023: Hearing on City's motion for summary judgment
- November 15, 2023: Discovery cutoff
- November 30, 2023: Settlement conference with Judge Barnes
- December 18, 2023: Pretrial conference
- February 13, 2024: Jury trial

WHEREAS, the parties have exchanged but not completed written discovery, and no depositions have been taken. The parties focused their resources toward mediating this matter, which the parties did with the Honorable Ben Davidian (Ret.) of JAMS on August 9, 2023. The first session of mediation did not result in settlement of all disputes, but the parties and Judge Davidian did agree to hold a second mediation session. With this stipulation, the parties seek a modification of the scheduling order to allow time to hold a second mediation session with Judge Davidian without expending additional resources on discovery. Should the second mediation session be unsuccessful, the parties will resume discovery to posture the case for trial.

WHEREAS, the parties are not seeking to modify the hearing date and briefing schedule for the City's motion for summary judgment. Rather, the parties seek only to vacate the date for settlement conference, and amend the dates for discovery cutoff, pretrial conference, and

trial. The parties do not take lightly the inconvenience that a trial continuance may have on this Court's schedule, and therefore the parties appreciate this Court's consideration and flexibility.

THEREFORE, the parties ask this Court to modify the Status (Pretrial Scheduling) Order to set forth the following deadlines:

- <u>October 20, 2023</u>: Deadline to file opposition to City's motion for summary judgment
- <u>October 30, 2023</u>: Deadline to file reply in support of City's motion for summary judgment
- <u>November 13, 2023</u>: Hearing on City's motion for summary judgment
- <u>March 15, 2024</u>: Discovery cutoff
- <u>April 22, 2024</u>: Pretrial conference
- <u>June 18, 2024</u>: Jury trial

DATED: October 13, 2023

WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN
Law Corporation

By: /s/ W. SCOTT CAMERON
**W. SCOTT CAMERON**
Attorneys for RAILROAD 1900, LLC

DATED: October 13, 2013

SUSANA ALCALA WOOD,
City Attorney

By: /s/ GÖKALP Y. GÜRER
**GÖKALP Y. GÜRER**
Senior Deputy City Attorney

Attorneys for the CITY OF SACRAMENTO

# ORDER

**IT IS SO ORDERED:**

The Status (Pretrial Scheduling) Order is modified as follows:

- Deadline to file opposition to City's motion for summary judgment: <u>October 20, 2023</u>;
- Deadline to file reply in support of City's motion for summary judgment: <u>October 30, 2023</u>;
- Hearing on City's motion for summary judgment: <u>November 13, 2023</u>;
- Discovery cutoff: <u>March 15, 2024</u>;
- Pretrial Conference: <u>April 22, 2024, 1:30 p.m.</u>;
- Jury Trial: <u>June 18, 2024, 9:00 a.m.</u>

Dated: October 16, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE